# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.: 3:19CR155 (SRU)** |
| **PLAINTIFF** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **DESNY SOSA-HERNANDEZ,** | : | |
| **DEFENDANT** | : | **JUNE 19, 2020** |

## MOTION TO CONTINUE SENTENCING

The defendant DESNY SOSA-HERNANDEZ, through undersigned counsel, respectfully moves this Court to continue his Sentencing Hearing from June 29, 2020 to July 29, 2020 or a date thereafter. In support of this motion, undersigned counsel represents as follows:

1. On March 29, 2019 Mr. Sosa-Hernandez was charged by Criminal Complaint with Possession with Intent to Distribute Narcotics, in violation of 21 U.S.C. §§ 841 (a)(1), 841 (b)(1)(C) and 846.

2. On November 6, 2019 Mr. Sosa-Hernandez pleaded guilty to those charges and sentencing is currently scheduled for June 29, 2020.

3. A final PSR has been prepared and undersigned counsel has reviewed it with Mr. Sosa-Hernandez. Undersigned counsel has communicated with Mr. Sosa but has not yet prepared a sentencing memorandum due to pressing matters involving incarcerated clients. Undersigned counsel expects to finish the last of those matters by the end of next week and will draft and file a sentencing memo the following week.

4. Mr. Sosa-Hernandez has been compliant with all conditions of his release.

5. Undersigned counsel has consulted with AUSA Nathan Gentile and he does not object to this request.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests this Motion to Continue Sentencing be granted.

                                             Respectfully submitted,
                                             DESNY SOSA-HERNANDEZ

                                             ___/s/ Audrey Felsen_
                                             Audrey A. Felsen, Esq.
                                             Koffsky & Felsen, LLC
                                             1150 Bedford Street
                                             Stamford, CT  06905
                                             Phone:  (203) 327-1500
                                             Fax:     (203) 327-7660
                                             Fed. Bar. No.:  ct20891
                                             afelsen@aol.com

## **CERTIFICATION**

THIS IS TO CERTIFY that on June 19, 2020 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                        __/s/ Audrey Felsen__
                                                        Audrey A. Felsen